UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In the Matter of an *ex parte* Petition for
Judicial Assistance Pursuant to 28 U.S.C. §
1782, by

ASIA STEEL & METALS LIMITED,

                                Petitioner,

In support of legal proceedings pending in the
Federal Court for the State of Amapá, Brazil.

---

Case No. 1:18-mc-00096-PKC

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/16/18
```

## ORDER

Upon consideration of an *ex parte* petition filed by Petitioner Asia Steel & Metals Limited for an Order, pursuant to 28 U.S.C. § 1782, directing the issuance of subpoenas for the production of documents to American Express Bank, Safra National Bank of New York and Citibank N.A. for use in proceedings currently pending before the Federal Court for the State of Amapá, Brazil and the Appellate Court in Brasilia, the accompanying Memorandum of Law, and the Declaration of Mateus Aimoré Carreteiro, it is hereby:

**ORDERED** that counsel for Petitioner, as officers of the Court, may sign and cause to be served the subpoenas submitted in draft with the petition. Motions to quash the subpoena, if any, may be addressed pursuant to the procedures set forth in Fed. R. Civ. P. 45.

Dated: March 15, 2018.

                                                    UNITED STATES DISTRICT JUDGE